UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

TICK-YIM LAM, et al.,

                    Plaintiff,

- against -

FORTUNE ON U RESTAURANT, INC. et al.,

                    Defendants.

-----------------------------------------------------------X

ORDER OF DISMISSAL

02 CV 3045(ARR)

ROSS, United States District Judge:

On December 4, 2002, the court directed plaintiffs to ensure proper service of their papers in support of their Motion for A Default Judgment. Plaintiffs failed to comply with the court's order and, since that date, have taken no action whatsoever in the proceeding. Accordingly, it is hereby

ORDERED that the case is dismissed without prejudice for failure to prosecute.

SO ORDERED:

Dated: Brooklyn, New York
       March 24, 2006

Allyne R. Ross
United States District Judge

## SERVICE LIST

Megan Lewis
Urban Justice Center
666 Broadway, 10th Fl.
New York, NY 10012

Magistrate Judge Pohorelsky