UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TICK-YIM LAM, et al.,

                    Plaintiffs,

-against-

FORTUNE ON U RESTAURANT, INC. et al.,

                    Defendants.
-----------------------------------------------------------------X

JUDGMENT
02-CV- 3045 (ARR)

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on March 27, 2006, dismissing the case, without prejudice, for failure to prosecute;

ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; and that judgment is hereby entered dismissing the case, without prejudice, for failure to prosecute.

Dated: Brooklyn, New York
        March 28, 2006

                                            ROBERT C. HEINEMANN
                                            Clerk of Court